UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS WESTERN REGIONAL OFFICE,<br><br>Defendant. | No. 2:13-cv-1345 CKD P<br><br><br><br>ORDER |

Plaintiff Neal, a federal prisoner at the United States Penitentiary Victorville in Adelanto, California, has filed a motion seeking entry of default judgment against the Federal Bureau of Prisons for $952,500.00. However, plaintiff fails to point to anything indicating default has been entered in any case of his before this court against the Federal Bureau of Prisons. See Fed. R. Civ. P. 55. Also, the court has reviewed court records and has learned that plaintiff has no cases pending in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 5, 2013 motion for entry of default judgment (ECF No. 1) is denied;

/////

/////

/////

      2. The Clerk of the Court shall administratively terminate plaintiff's August 5, 2013 motion to proceed in forma pauperis (ECF No. 5); and

      3. The Clerk of the Court shall close this case.

Dated: August 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
neal1345.dft