UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF PRISONS WESTERN REGIONAL OFFICE,<br><br>            Defendant. | No. 2:13-cv-1345 CKD P<br><br><br>ORDER |

On October 17, 2013, plaintiff filed a motion for leave to proceed in forma pauperis on appeal. The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). After review of the record herein, the court finds that plaintiff's appeal is

/////

/////

/////

/////

/////

1  not taken in good faith.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for

2  leave to proceed in forma pauperis on appeal is denied.

3  Dated:  October 21, 2013

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

1
neal1345.4d